LOCKE LORD LLP
Thomas J. Cunningham (SBN 263729)
tcunningham@lockelord.com
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone:  213-485-1500
Facsimile:   213-485-1200

Attorneys for Defendants
GMAC MORTGAGE, LLC and
EXECUTIVE TRUSTEE SERVICES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH L. KRAL, et al.<br><br>                    Plaintiffs,<br><br>    vs.<br><br>GMAC MORTGAGE, LLC; DOES 1 through 10, inclusive,<br><br>                    Defendants. | CASE NO. CV12-01023 GW (Opx)<br><br>**ORDER OF DISMISSAL OF ACTION WITHOUT PREJUDICE [FRCP 41]**<br><br>JS-6 |

///

///

///

ORDER OF DISMISSAL

Plaintiff Lisa Stricker previously dismissed her claims against defendants GMAC Mortgage, LLC and Executive Trustee Services, LLC with prejudice (Docket No. 17), leaving Kenneth L. Kral as the only Plaintiff.

On February 25, 2013, Plaintiff Kenneth L. Kral and defendants GMAC Mortgage, LLC and Executive Trustee Services, LLC filed a stipulation for dismissal of all remaining claims without prejudice.

Accordingly, the Court orders that all remaining claims in above-captioned action are hereby dismissed without prejudice.

Dated: February 27, 2013   _____
HON. GEORGE H. WU
United States District Judge